# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Vera Robertson | § | Case No. 12-17321 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 04/27/2012 . The case was converted to one under Chapter 7 on 12/04/2014 . The undersigned trustee was appointed on 12/07/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $            11,996.86

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]            $            11,996.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  04/10/2015  and the deadline for filing governmental claims was  04/10/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,949.69 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,949.69 , for a total compensation of $ 1,949.69 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 24.15 , for total expenses of $ 24.15 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2017                    By: /s/Zane L. Zielinski, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-17321 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Vera Robertson | | | | Date Filed (f) or Converted (c): | 12/04/2014 (c) |
| | | | | | 341(a) Meeting Date: | 01/05/2015 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 04/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 107 W. John St., Plano, IL | 91,400.00 | 0.00 | | 0.00 | FA |
| 2. 120 W. Main St., Plano, IL | 131,500.00 | 50,000.00 | | 0.00 | FA |
| 3. 436 Main St., Oswego, Il | 144,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash On Hand. | 50.00 | 0.00 | | 0.00 | FA |
| 5. Deceased husband's coins kept in safe deposit box. | 500.00 | 0.00 | | 0.00 | FA |
| 6. Harris Bank checking account | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Oswego Community Bank checking account. | 500.00 | 0.00 | | 0.00 | FA |
| 8. Oswego Community Bank savings account. | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods And Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11. Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 12. 100 % Ownership Of Suburban Laundromat | 0.00 | 0.00 | | 0.00 | FA |
| 13. 48 Shares Of Comcast Stock | 1,459.68 | 0.00 | | 0.00 | FA |
| 14. 89 Shares Of Vodaphone Stock | 2,349.48 | 0.00 | | 0.00 | FA |
| 15. 1989 Lincoln Town Car 120,000 Miles | 500.00 | 0.00 | | 0.00 | FA |
| 16. 2002 Town And Country Mini Van 180,000 Miles | 2,200.00 | 0.00 | | 0.00 | FA |
| 17. 2004 Kia Spectra 77,000 Miles | 2,200.00 | 0.00 | | 0.00 | FA |
| 18. Charles Mund Propate Estate (u) | 0.00 | 15,000.00 | | 11,996.86 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $380,459.16 | $65,000.00 | | $11,996.86 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is waiting on a disbursement from a probate estate.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Investment Property At 107 W. John St., Plano, Il |
| RE PROP # | 2 | -- | Investment Property At 120 W. Main St., Plano, Il.  Due to current zoning laws, the Trustee has had dificulty in selling.  The property obtained a sale price of $30,000 which is not sufficient to pay for back taxes. |
| RE PROP # | 3 | -- | Residence At 436 Main St., Oswego, Il |
| RE PROP # | 5 | -- | Deceased Husband's Coins Kept In Safe Deposit Box. |
| RE PROP # | 6 | -- | Harris Bank Checking Account |
| RE PROP # | 7 | -- | Oswego Community Bank Checking Account. |
| RE PROP # | 8 | -- | Oswego Community Bank Savings Account. |
| RE PROP # | 9 | -- | Household Goods And Furnishings. |
| RE PROP # | 11 | -- | Term Life Insurance Policy.  No Cash Value. |
| RE PROP # | 12 | -- | 100 % Ownership Of Suburban Laundromat |
| RE PROP # | 13 | -- | 48 Shares Of Comcast Stock |
| RE PROP # | 14 | -- | 89 Shares Of Vodaphone Stock |
| RE PROP # | 15 | -- | 1989 Lincoln Town Car  120,000 Miles |
| RE PROP # | 16 | -- | 2002 Town And Country Mini Van  180,000 Miles |
| RE PROP # | 17 | -- | 2004 Kia Spectra  77,000 Miles |

Initial Projected Date of Final Report (TFR): 09/30/2016    Current Projected Date of Final Report (TFR): 09/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-17321
Case Name: Vera Robertson
Taxpayer ID No:
For Period Ending: 08/09/2017

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1734
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/17 | 18 | Charles F. Mund Estate<br>Steven R Mund Administrator<br>22279 E 2200 North Road<br>Odell, IL 60460 | Inheritance | 1229-000 | $11,996.86 | | $11,996.86 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,996.86 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,996.86 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,996.86 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                      Page Subtotals:           $11,996.86        $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1734 - Checking | $11,996.86 | $0.00 | $11,996.86 |
| | $11,996.86 | $0.00 | $11,996.86 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,996.86 |
| Total Gross Receipts: | $11,996.86 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-17321　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: August 9, 2017
Debtor Name: Vera Robertson
Claims Bar Date: 4/10/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,949.69 | $1,949.69 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $24.15 | $24.15 |
| 100 3110 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,445.00 | $3,445.00 |
| 12 280 5800 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | This is the priority portion of the IRS claim. | $0.00 | $23,401.82 | $23,401.82 |
| 13 280 5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P Op Box 64338<br>Chicago, Il 60664-0338 | Priority | | $0.00 | $3,458.00 | $3,458.00 |
| 15 280 5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P Op Box 64338<br>Chicago, Il 60664-0338 | Priority | | $0.00 | $2,733.99 | $2,733.99 |
| 1 300 7100 | Earthmover Credit Union<br>Pob 2937<br>Aurora, Il 60507 | Unsecured | | $364.00 | $366.49 | $366.49 |
| 2 300 7100 | Earthmover Credit Union<br>Pob 2937<br>Aurora, Il 60507 | Unsecured | | $5,553.00 | $5,324.88 | $5,324.88 |
| 3 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $10,101.00 | $9,886.53 | $9,886.53 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-17321  
Debtor Name: Vera Robertson  
Claims Bar Date: 4/10/2015  
Date: August 9, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $2,190.68 | $3,263.42 | $3,263.42 |
| 5 300 7100 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $5,366.00 | $5,317.87 | $5,317.87 |
| 6 300 7100 | Fia Card Services, N.A. Po Box 15102 Wilmington, De 19886-5102 | Unsecured | | $11,392.00 | $11,301.64 | $11,301.64 |
| 7 300 7100 | Bob Bedal And Bedal Heating & Cooling Krentz & Salfisberg 100 W Main Street Plano, Il 60545 | Unsecured | | $5,727.12 | $5,727.17 | $5,727.17 |
| 8 300 7100 | Citimortgage, Inc. Po Box 6030 Sioux Falls, Sd 57117 | Unsecured | This claim was reclassified to an unsecured claim by order entered August 4, 2017 | $120,609.00 | $116,527.73 | $116,527.73 |
| 9 300 7100 | Asset Acceptance Llc Assignee Nicor Gas Company Po Box 2036 Warren, Mi 48090 | Unsecured | | $481.00 | $165.83 | $165.83 |
| 10 300 7100 | Atlantic Credit And Finance, Inc. Successor In Interest To Ge Capital Reta C/O Weltman, Weinberg & Reis 180 N Lasalle Street Ste 2400 Chicago, Il 60601 | Unsecured | | $0.00 | $1,358.93 | $1,358.93 |
| 11 300 7100 | Main Street Acquisition Corp., Assignee Of Chase Bank Usa, N. A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $7,667.00 | $7,599.83 | $7,599.83 |
| 12A 300 7100 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Unsecured | This is the unsecured portion of claim 12 | $0.00 | $6,056.58 | $6,056.58 |

Page 2                                            Printed: August 9, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-17321  
Debtor Name: Vera Robertson  
Claims Bar Date: 4/10/2015  

Date: August 9, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14<br>300<br>7100 | Midland Credit Management, Inc.<br>As Agent For<br>Asset Acceptance Llc<br>Po Box 2036<br>Warren Mi 48090 | Unsecured | | $0.00 | $150.65 | $150.65 |
| 15A<br>300<br>7100 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P Op Box 64338<br>Chicago, Il 60664-0338 | Unsecured | This is the unsecured portion of the priority claim | $0.00 | $286.96 | $286.96 |
| 16<br>300<br>7100 | Nicor Gas<br>Po Box 549<br>Aurora Il 60507 | Unsecured | | $0.00 | $1,445.41 | $1,445.41 |
| 17<br>300<br>7100 | Bob Bedal And Bedal Heating &<br>Cooling<br>Krentz & Salfisberg<br>100 W Main Street<br>Plano, Il 60545 | Unsecured | | $0.00 | $5,787.12 | $5,787.12 |
| | Case Totals | | | $169,450.80 | $215,579.69 | $215,579.69 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                           Printed: August 9, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-17321  
Case Name: Vera Robertson  
Trustee Name: Zane L. Zielinski, Trustee  

Balance on hand $ 11,996.86

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,949.69 | $ 0.00 | $ 1,949.69 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 24.15 | $ 0.00 | $ 24.15 |
| Attorney for Trustee Fees: The Law Offices of William J. Factor, LTD | $ 3,445.00 | $ 0.00 | $ 3,445.00 |

Total to be paid for chapter 7 administrative expenses  $ 5,418.84

Remaining Balance  $ 6,578.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,593.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Internal Revenue Service | $ 23,401.82 | $ 0.00 | $ 5,201.68 |
| 13 | Illinois Department Of Revenue | $ 3,458.00 | $ 0.00 | $ 768.63 |
| 15 | Illinois Department Of Revenue | $ 2,733.99 | $ 0.00 | $ 607.71 |
| | Total to be paid to priority creditors | | | $ 6,578.02 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 180,567.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Earthmover Credit Union | $ 366.49 | $ 0.00 | $ 0.00 |
| 2 | Earthmover Credit Union | $ 5,324.88 | $ 0.00 | $ 0.00 |
| 3 | Discover Bank | $ 9,886.53 | $ 0.00 | $ 0.00 |
| 4 | Capital Recovery V, Llc | $ 3,263.42 | $ 0.00 | $ 0.00 |
| 5 | Quantum3 Group Llc As Agent For | $ 5,317.87 | $ 0.00 | $ 0.00 |
| 6 | Fia Card Services, N.A. | $ 11,301.64 | $ 0.00 | $ 0.00 |
| 7 | Bob Bedal And Bedal Heating & Cooling | $ 5,727.17 | $ 0.00 | $ 0.00 |
| 8 | Citimortgage, Inc. | $ 116,527.73 | $ 0.00 | $ 0.00 |
| 9 | Asset Acceptance Llc | $ 165.83 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Atlantic Credit And Finance, Inc. | $ 1,358.93 | $ 0.00 | $ 0.00 |
| 11 | Main Street Acquisition Corp., Assignee | $ 7,599.83 | $ 0.00 | $ 0.00 |
| 12A | Internal Revenue Service | $ 6,056.58 | $ 0.00 | $ 0.00 |
| 14 | Midland Credit Management, Inc. As Agent For | $ 150.65 | $ 0.00 | $ 0.00 |
| 15A | Illinois Department Of Revenue | $ 286.96 | $ 0.00 | $ 0.00 |
| 16 | Nicor Gas | $ 1,445.41 | $ 0.00 | $ 0.00 |
| 17 | Bob Bedal And Bedal Heating & Cooling | $ 5,787.12 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE