**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Vera Robertson,** | Bankruptcy No. 12-17321 |
| **Debtor**. | Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #108)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on August 10, 2017.

Dated: August 10, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Vera Robertson**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case** 12-17321

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Thomas H Griseta**     tgriseta@wfactorlaw.com, bharlow@wfactorlaw.com
- **Patrick S Layng**     USTPRegion11.ES.ECF@usdoj.gov
- **Gerald Mylander**     mcguckin_m@lisle13.com
- **Andrew J Nelson**     anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- **Yanick Polycarpe**     ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com
- **Toni Townsend**     toni.townsend@mccalla.com, northerndistrict@mccalla.com
- **Bradley J Waller**     bwaller@ksbwl.com, vmaurer@ksbwl.com
- **C David Ward**     cdward1945@yahoo.com, ladylaw1031@msn.com

**Manual Service List**

| | |
|---|---|
| Illinois Department Of Revenue<br>Bankruptcy Section<br>P Op Box 64338<br>Chicago, Il 60664-0338 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 |
| Earthmover Credit Union<br>Pob 2937<br>Aurora, Il 60507 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 |
| Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 |

| | |
|---|---|
| Bob Bedal And Bedal Heating & Cooling<br>Krentz & Salfisberg<br>100 W Main Street<br>Plano, Il 60545 | Citimortgage, Inc.<br>Po Box 6030<br>Sioux Falls, Sd 57117 |
| Asset Acceptance Llc<br>Assignee Nicor Gas Company<br>Po Box 2036<br>Warren, Mi 48090 | Atlantic Credit And Finance, Inc.<br>Successor In Interest To Ge Capital Reta<br>C/O Weltman, Weinberg & Reis<br>180 N Lasalle Street Ste 2400<br>Chicago, Il 60601 |
| Main Street Acquisition Corp.,<br>Assignee Of Chase Bank Usa, N. A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 |
| Nicor Gas<br>Po Box 549<br>Aurora Il 60507 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P Op Box 64338<br>Chicago, Il 60664-0338 |
| Midland Credit Management, Inc. As Agent For<br>Asset Acceptance Llc<br>Po Box 2036<br>Warren Mi 48090 | Vera Robertson<br>436 S MAIN ST<br>PO BOX 767<br>OSWEGO, IL  60543 |