UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Vera Robertson | § | Case No. 12-17321 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 358,409.16           Assets Exempt: 22,050.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  6,578.02     Claims Discharged
                                      Without Payment:  525,331.17

Total Expenses of Administration: 5,418.84

3) Total gross receipts of $ 11,996.86  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,996.86  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 296,341.34 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,418.84 | 5,418.84 | 5,418.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 29,593.81 | 29,593.81 | 6,578.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 194,857.80 | 180,567.04 | 180,567.04 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 491,199.14 | $ 215,579.69 | $ 215,579.69 | $ 11,996.86 |

4) This case was originally filed under chapter 13 on 04/27/2012 , and it was converted to chapter 7 on 12/04/2014 . The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __10/02/2017_____     By:/s/Zane L. Zielinski, Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Charles Mund Propate Estate | 1229-000 | 11,996.86 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,996.86** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 120,609.00 | NA | NA | 0.00 |
| | The First National Bank Of Omaha C/O Thomas W. Grant, Atty Po Box 326 Yorkville, IL 60560 | | 87,866.17 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The First National Bank Of Omaha C/O Thomas W. Grant, Atty Po Box 326 Yorkville, IL 60560 | | 87,866.17 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 296,341.34 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,949.69 | 1,949.69 | 1,949.69 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 24.15 | 24.15 | 24.15 |
| The Law Offices of William J. Factor, LTD | 3110-000 | NA | 3,445.00 | 3,445.00 | 3,445.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,418.84 | $ 5,418.84 | $ 5,418.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Illinois Department Of Revenue | 5800-000 | NA | 3,458.00 | 3,458.00 | 768.63 |
| 15 | Illinois Department Of Revenue | 5800-000 | NA | 2,733.99 | 2,733.99 | 607.71 |
| 12 | Internal Revenue Service | 5800-000 | NA | 23,401.82 | 23,401.82 | 5,201.68 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 29,593.81 | $ 29,593.81 | $ 6,578.02 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 800 Brooksedge Blvd. Westerville, OH  43081 | | 98.00 | NA | NA | 0.00 |
| | Cpu/cbna Po Box 6497 Sioux Falls, SD  57117 | | 719.00 | NA | NA | 0.00 |
| | Gecrb/walmart Po Box 981400 El Paso, TX  79998 | | 3,463.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6189 Sioux Falls, SD  57117 | | 1,505.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbna Po Box 6282 Sioux Falls, SD  57117 | | 48.00 | NA | NA | 0.00 |
| | Unvl/citi Po Box 6241 Sioux Falls, SD  57117 | | 19,574.00 | NA | NA | 0.00 |
| 9 | Asset Acceptance Llc | 7100-000 | 481.00 | 165.83 | 165.83 | 0.00 |
| 10 | Atlantic Credit And Finance, Inc. | 7100-000 | NA | 1,358.93 | 1,358.93 | 0.00 |
| 17 | Bob Bedal And Bedal Heating & Cooling | 7100-000 | NA | 5,787.12 | 5,787.12 | 0.00 |
| 7 | Bob Bedal And Bedal Heating & Cooling | 7100-000 | 5,727.12 | 5,727.17 | 5,727.17 | 0.00 |
| 4 | Capital Recovery V, Llc | 7100-000 | 2,190.68 | 3,263.42 | 3,263.42 | 0.00 |
| 8 | Citimortgage, Inc. | 7100-000 | 120,609.00 | 116,527.73 | 116,527.73 | 0.00 |
| 3 | Discover Bank | 7100-000 | 10,101.00 | 9,886.53 | 9,886.53 | 0.00 |
| 1 | Earthmover Credit Union | 7100-000 | 364.00 | 366.49 | 366.49 | 0.00 |
| 2 | Earthmover Credit Union | 7100-000 | 5,553.00 | 5,324.88 | 5,324.88 | 0.00 |
| 6 | Fia Card Services, N.A. | 7100-000 | 11,392.00 | 11,301.64 | 11,301.64 | 0.00 |
| 15A | Illinois Department Of Revenue | 7100-000 | NA | 286.96 | 286.96 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12A | Internal Revenue Service | 7100-000 | NA | 6,056.58 | 6,056.58 | 0.00 |
| 11 | Main Street Acquisition Corp., Assignee | 7100-000 | 7,667.00 | 7,599.83 | 7,599.83 | 0.00 |
| 14 | Midland Credit Management, Inc. As Agent For | 7100-000 | NA | 150.65 | 150.65 | 0.00 |
| 16 | Nicor Gas | 7100-000 | NA | 1,445.41 | 1,445.41 | 0.00 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | 5,366.00 | 5,317.87 | 5,317.87 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 194,857.80 | $ 180,567.04 | $ 180,567.04 | $ 0.00 |

Case 12-17321   Doc 112   Filed 10/19/17   Entered 10/19/17 15:36:40   Desc Main
Document   Page 8 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-17321 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Vera Robertson | | | | | Date Filed (f) or Converted (c): | 12/04/2014 (c) |
| | | | | | | 341(a) Meeting Date: | 01/05/2015 |
| For Period Ending: | 10/03/2017 | | | | | Claims Bar Date: | 04/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  107 W. John St., Plano, IL | 91,400.00 | 0.00 | | 0.00 | FA |
| 2.  120 W. Main St., Plano, IL | 131,500.00 | 50,000.00 | | 0.00 | FA |
| 3.  436 Main St., Oswego, Il | 144,000.00 | 0.00 | | 0.00 | FA |
| 4.  Cash On Hand. | 50.00 | 0.00 | | 0.00 | FA |
| 5.  Deceased husband's coins kept in safe deposit box. | 500.00 | 0.00 | | 0.00 | FA |
| 6.  Harris Bank checking account | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  Oswego Community Bank checking account. | 500.00 | 0.00 | | 0.00 | FA |
| 8.  Oswego Community Bank savings account. | 1,800.00 | 0.00 | | 0.00 | FA |
| 9.  Household Goods And Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 10.  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11.  Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 12.  100 % Ownership Of Suburban Laundromat | 0.00 | 0.00 | | 0.00 | FA |
| 13.  48 Shares Of Comcast Stock | 1,459.68 | 0.00 | | 0.00 | FA |
| 14.  89 Shares Of Vodaphone Stock | 2,349.48 | 0.00 | | 0.00 | FA |
| 15.  1989 Lincoln Town Car  120,000 Miles | 500.00 | 0.00 | | 0.00 | FA |
| 16.  2002 Town And Country Mini Van  180,000 Miles | 2,200.00 | 0.00 | | 0.00 | FA |
| 17.  2004 Kia Spectra  77,000 Miles | 2,200.00 | 0.00 | | 0.00 | FA |
| 18.  Charles Mund Propate Estate (u) | 0.00 | 15,000.00 | | 11,996.86 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $380,459.16       $65,000.00              $11,996.86       $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is waiting on a disbursement from a probate estate.

Exhibit 8

| RE PROP # | 1 | -- | Investment Property At 107 W. John St., Plano, Il |
|---|---|---|---|
| RE PROP # | 2 | -- | Investment Property At 120 W. Main St., Plano, Il.  Due to current zoning laws, the Trustee has had dificulty in selling.  The property obtained a sale price of $30,000 which is not sufficient to pay for back taxes. |
| RE PROP # | 3 | -- | Residence At 436 Main St., Oswego, Il |
| RE PROP # | 5 | -- | Deceased Husband's Coins Kept In Safe Deposit Box. |
| RE PROP # | 6 | -- | Harris Bank Checking Account |
| RE PROP # | 7 | -- | Oswego Community Bank Checking Account. |
| RE PROP # | 8 | -- | Oswego Community Bank Savings Account. |
| RE PROP # | 9 | -- | Household Goods And Furnishings. |
| RE PROP # | 11 | -- | Term Life Insurance Policy.  No Cash Value. |
| RE PROP # | 12 | -- | 100 % Ownership Of Suburban Laundromat |
| RE PROP # | 13 | -- | 48 Shares Of Comcast Stock |
| RE PROP # | 14 | -- | 89 Shares Of Vodaphone Stock |
| RE PROP # | 15 | -- | 1989 Lincoln Town Car  120,000 Miles |
| RE PROP # | 16 | -- | 2002 Town And Country Mini Van  180,000 Miles |
| RE PROP # | 17 | -- | 2004 Kia Spectra  77,000 Miles |

Initial Projected Date of Final Report (TFR): 09/30/2016          Current Projected Date of Final Report (TFR): 09/30/2017

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-17321
Case Name: Vera Robertson

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1734
Checking

Taxpayer ID No:
For Period Ending: 10/03/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/17 | 18 | Charles F. Mund Estate<br>Steven R Mund Administrator<br>22279 E 2200 North Road<br>Odell, IL 60460 | Inheritance | 1229-000 | $11,996.86 | | $11,996.86 |
| 09/01/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,973.84 | $10,023.02 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,949.69) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($24.15) | 2200-000 | | | |
| 09/01/17 | 5002 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,445.00 | $6,578.02 |
| 09/01/17 | 5003 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 12 representing a payment of 22.23 % per court order. | 5800-000 | | $5,201.68 | $1,376.34 |
| 09/01/17 | 5004 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P Op Box 64338<br>Chicago, Il 60664-0338 | Distribution | | | $1,376.34 | $0.00 |
| | | Illinois Department Of Revenue | Final distribution to claim 13 representing a payment of 22.23 % per court order. ($768.63) | 5800-000 | | | |
| | | Illinois Department Of Revenue | Final distribution to claim 15 representing a payment of 22.23 % per court order. ($607.71) | 5800-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,996.86 | $11,996.86 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,996.86 | $11,996.86 |
| Page Subtotals: | $11,996.86 | $11,996.86 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Case 12-17321   Doc 112   Filed 10/19/17   Entered 10/19/17 15:36:40   Desc Main
Document      Page 11 of 12

Less: Payments to Debtors                    $0.00            $0.00

Net                                       $11,996.86        $11,996.86

Exhibit 9

Page Subtotals:                                          $0.00            $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Case 12-17321   Doc 112   Filed 10/19/17   Entered 10/19/17 15:36:40   Desc Main
Document     Page 12 of 12

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1734 - Checking | $11,996.86 | $11,996.86 | $0.00 |
|  | $11,996.86 | $11,996.86 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $11,996.86 |
| Total Gross Receipts: | $11,996.86 |

Page Subtotals:                                    $0.00            $0.00